**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

April 02, 2014

Ms. Rebekah Shropshire
TDCJ #1495618
Crain 1401 St. School Road
Gatesville, TX  76599

Hon. Michael A. Sheppard
District Attorney
307 N. Gonzales
Cuero, TX  77901-6544

Re:      Cause No. 13-14-00204-CR
Tr.Ct.No.  07-10-10,763
Style:      In re Rebekah Shropshire


Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney
       24th District Court
       Hon. Tabeth Gardner, District Clerk/De Witt